

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

No. 04-15-00514-CV

**SELECT BUILDING SYSTEMS, INC.** and Tri-Bar Ranch Company, Ltd.,
Appellants

v.

**ROBERTSON ELECTRIC, INC.**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 13-212
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

Appellants' briefs were due November 25, 2015. On November 23, 2015, Select Building Systems, Inc. and Tri-Bar Ranch Company, Ltd., filed an unopposed motion stating that all parties have reached agreement to settle their disputes and requesting the appeal be abated. The motion states the parties' agreements require compliance by December 31, 2015.

We decline to abate the appeal. However, in order to facilitate the settlement and disposition of this appeal, we grant an extension of time to file the appellants' briefs. We therefore **order** the parties file by **January 14, 2016**, either a motion that disposes of this appeal in accordance with Texas Rule of Appellate Procedure 42.1 or all of the appellants' briefs.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court